UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 1 3 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Craig,                          )
                                )
    Plaintiff,            )
                                )
v.                              )   Civil Action No.
                                )
United States Government,        )   **10 0769**
                                )
    Defendants.           )

## MEMORANDUM OPINION

Plaintiff Craig (no last name) has filed an application to proceed without prepayment of fees and a pro se complaint. The application will be granted and the complaint will be dismissed for failure to state a claim upon which relief may be granted.

Craig, who identifies himself in the caption as a temporary resident of "Saint Elizabeth's Psychiatric Hospital," brings this suit against the federal government. Providing no factual predicate, he concludes that the federal government is responsible for the alleged murder of his mother, baby brother, and his own "spiritual murder." Complaint ¶ 5. This complaint warrants dismissal because it appears to arise from "factual contentions [that] are clearly baseless" and "describ[e] fantastic or delusional scenarios." *Neitzke v. Williams*, 490 U.S. 319, 327-28 (1989) (determining that courts have the "unusual power to pierce the veil of the complaint's factual allegations and dismiss those claims whose factual contentions are clearly baseless"). Accordingly, this complaint will be dismissed as frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

A separate order accompanies this memorandum opinion.

Date: April 30, 2010

                              United States District Judge